IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN BEARD,<br><br>    Petitioner,<br><br>vs.<br><br>JEFF WRIGLEY, Warden,<br><br>    Respondent.<br>_____ | 1:06-cv-01362-OWW WMW HC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RE MOTION FOR MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS<br><br>[Doc. 4, 5] |

    Petitioner, a federal prisoner proceeding pro se, has filed an application for a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Pending before the court is Respondent's motion to dismiss. Petitioner has not opposed the motion.

    On April 10, 2007, the Magistrate Judge filed findings and recommendations herein. These findings and recommendations were served on the parties and contained notice to the parties that any objections to the findings and recommendations were to be filed within thirty days. Petitioner did not file objections.

    In accordance with the provisions of 28 U.S.C. § 636 (b)(1)C) this court has

conducted a de novo review of this case.   See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).   Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis the Institution has considered Petitioner's request for assignment to a RRC under the correct legal standard.

Based on the foregoing, it is HEREBY ORDERED  that:

1. The findings and recommendations issued by the Magistrate Judge on  April 10,  2007, are a adopted in full;
2. Respondent's motion to dismiss this petition is GRANTED;
2. The Petition for Writ of Habeas Corpus is DISMISSED as moot;
3.  The Clerk of the Court is directed to enter  judgment for Respondent and to close this case.

IT IS SO ORDERED.

**Dated:   June 7, 2007**                              /s/ Oliver W. Wanger
                                                                UNITED STATES DISTRICT JUDGE

2